tion by Percy A. Tomes against Alexander A. Klebold and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re TODD'S ESTATE. (Supreme Court, Appellate Division, First Department. December 28, 1906.) In the matter of Margaretha Todd, deceased.

PER CURIAM. Decree affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

TOWN OF HADLEY, Respondent, v. MOSHER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by the town of Hadley against William H. Mosher, impleaded with Benjamin S. Jenkins. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to withdraw demurrer, and plead upon payment of costs below and in this court.

TOWN OF ROXBURY, Respondent, v. WYCKOFF, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by the town of Roxbury against Imer C. Wyckoff, as executor of the last will and testament of Albert J. Simmons, deceased. No opinion. Judgment modified by deducting therefrom, as of June 28, 1906, the date of the entry thereof, $70 costs, and the further sum of $55.46, and, as thus modified, unanimously affirmed, without costs.

TRAIN, Respondent, v. WETMORE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Eliza W. Train against Charles D. Wetmore and others, impleaded. W. F. Taylor, for appellants. W. D. Gaillard, for respondent. No opinion. Judgment (98 N. Y. Supp. 816) affirmed, with costs. Order filed.

TRANT, Respondent, v. PENNEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Patrick Trant against Mary L. Penney and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

TROMBLEY et al., Respondents, v. SELIGMAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by W. Edgar Trombley and John Carrier against Edwin R. A. Seligman. No opinion. Judgment unanimously affirmed, with costs.

TULL, Appellant, v. EQUITABLE LIFE ASSUR. SOCIETY OF UNITED STATES. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Herbert G. Tull, etc., against the Equitable Life Assurance Society of the United States. A. E. Woodruff, for appellant. A. McCulloh, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint on payment of costs in this court and in the court below. Order filed.

In re TWICHELL. (Supreme Court, Appellate Division, Third Department. November 20, 1906.) In the matter of the appointment of John Z. Twichell, as guardian of the person and estate of Eston E. Devore, an infant. No opinion. Motion for permission to perfect appeal granted, without costs. Motion to strike the appeal from the calendar and to dismiss appeal denied, without costs.

TYLER, Appellant, v. DE BIEFORE, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Charles R. Tyler against Melanie F. De Biefore. G. I. Wooley, for appellant. H. R. Limburg, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE, J., dissents.

In re TYNDALL. (Supreme Court, Appellate Division, Third Department. November 20, 1906.) In the matter of the application of William D. Tyndall for the judicial settlement of his account of his proceedings as general guardian of Eston E. Devore, an infant. No opinion. Motion for permission to perfect appeal granted, without costs. Motion to strike the appeal from the calendar and to dismiss appeal denied, without costs.

UNITED STATES TRUST CO. v. HOGENCAMP et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by the United States Trust Company against William P. Hogencamp and others. No opinion. Judgment affirmed, with costs.

In re UNIVERSITY MAGAZINE CO. (Supreme Court, Appellate Division, First Department. December 7, 1906.) In the matter of the University Magazine Company. No opinion. Motion denied. Order filed.

UPSON v. MT. MORRIS BANK. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by William F. Upson against the Mt. Morris Bank. No opinion. Judgment and order affirmed, with costs.

UTICA HEATER CO., Appellant, v. SCHUSTER, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by the Utica Heater Company against William Schuster. G. B. Hayes, for appellant. G. L. Greenhall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VANCE, Appellant, v. CAMPBELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by William H. Vance against Adelbert Campbell. No opinion. Judgment affirmed, with costs.